## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ : | |
| FOTOHAUS, LLC : | |
| 75 North Woodward Avenue, #80228 : | |
| Tallahassee, FL 32313, and : | |
| : | |
| Plaintiff, : | Civil Action No.: |
| : | |
| v. : | COMPLAINT AND JURY |
| : | DEMAND |
| AAE HOLDINGS, INC., : | |
| 21 China Doll Court : | |
| Durham, NC 27713 : | |
| : | |
| Defendant. : | |
| : | |
| _____ : | |

### COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, FOTOHAUS, LLC ("Fotohaus"), and DAVID QUILAGUY ("Quilaguy") (together "Plaintiffs"), bring this complaint in the United States District Court for the District of Columbia against AAE HOLDINGS, INC. ("AAE" or "Defendant"), alleging as follows:

### PARTIES

1. Fotohaus is a limited liability company existing under the laws of the State of Florida, with an office located in Tallahassee, Florida.

2. On information and belief, Defendant is a Corporation existing under the laws of the state of North Carolina, with headquarters in Raleigh, North Carolina. Defendant is a full-service speakers bureau and celebrity booking agency connecting audiences with innovative minds and powerful ideas across all disciplines. Defendant owns, operates, and is solely responsible for the contents on the website, www.allamericanspeakers.com.

## JURISDICTION AND VENUE

3. This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

4. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

5. This Court has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and (c) and 1400(a) because Defendant regularly does and solicits business, engages in persistent course of conduct, and derives substantial revenue from services rendered in the District of Columbia.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

6. Daniel Foster ("Foster") captured the photograph, "Hispanic Portrait iV" ("Copyrighted Photograph") on April 3, 2016 in [Berlin, Germany]. [Exhibit 1].

7. On or about May 1, 2016, Foster posted Copyrighted Photograph to www.flickr.com/photos/danielfoster/26090062190. (Last visited February 10, 2019). [Exhibit 2].

8. Foster registered Copyrighted Photograph with the United States Copyright Office on June 29, 2016 (Registration No.: VA 2-012-774). [Exhibit 3].

9. On March 8, 2017, Foster assigned the copyright to Copyrighted Photograph to Fotohaus.

10. Beginning on or about January 1, 2017, Defendant copied and posted Copyrighted Photograph to the Defendant's commercial website, www.allamericanspeakers.com (Last visited November 15, 2017).

11. Defendant posted Copyrighted Photograph to the following URLs:

   • www.allamericanspeakers.com/lists/2017-hispanic-heritgae-university-speakers-25-000-and-up.php. (Last visited November 15, 2017). [Exhibit 4]

- www.allamericanspeakers.com/lists/view-all-lists.php. (Last visited November 15, 2017). [Exhibit 5]

12. Defendant copied and posted Copyright Photograph without license or permission of Plaintiff.

COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. § 101 ET SEQ.

13. Fotohaus incorporates herein by this reference each and every allegation contained in each paragraph above.

14. Fotohaus is the copyright owner or licensee of exclusive rights under United States copyright with respect to Copyrighted Photograph, which is the subject of a valid and complete Certificate of Copyright Registration by the Register of Copyrights.

15. Among the exclusive rights granted to each Fotohaus under the Copyright Act are the exclusive rights to reproduce and distribute the Copyrighted Photograph to the public.

16. Fotohaus is informed and believes Defendant, without the permission or consent of Fotohaus, copied and used Copyrighted Photograph on Defendant's commercial website, www.allamericanspeakers.com. In doing so, Defendant violated Fotohaus' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Fotohaus' copyright and exclusive rights under copyright.

17. Fotohaus is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Fotohaus.

18. As a result of Defendant's infringement of Fotohaus' copyright and exclusive rights under copyright, Fotohaus is entitled to actual or statutory damages, including any profits realized by Defendant attributable to the infringement, pursuant to 17 U.S.C. § 504 for Defendant's infringement of Copyrighted Photograph.

<u>COUNT II: REMOVAL AND ALTERATION OF INTEGRITY OF COPYRIGHT
MANAGEMENT INFORMATION PURSUANT TO 17 U.S.C. § 1202</u>

19. Fotohaus is informed and believes that Defendant, without the permission or consent of
    Plaintiff, knowingly and with the intent to conceal infringement, intentionally removed the
    copyright management information from Fotohaus' Copyrighted Photograph before
    displaying Copyrighted Photograph on Defendant's commercial website
    <u>www.allamericanspeakers.com</u>. In doing so, Defendant violated 17 U.S.C. § 1202(a)(1) and
    (b)(1).

20. As a result of Defendant's actions, Fotohaus is entitled to actual damages or statutory
    damages pursuant to 17 U.S.C. § 1203(c). Fotohaus is further entitled to its attorney's fees
    and costs pursuant to 17 U.S.C. § 1203(b)(5).

<u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Declaring that Defendant's unauthorized conduct violates Plaintiff's rights under the Federal
   Copyright Act;

B. Immediately and permanently enjoining Defendant, its officers, directors, agents, servants,
   employees, representatives, attorneys, related companies, successors, assigns, and all others
   in active concert or participation with them from copying and republishing Plaintiff's
   Copyrighted Photograph without consent or otherwise infringing Plaintiff's copyright or
   other rights in any manner;

C. Ordering Defendant to account to Plaintiff for all gains, profits, and advantages derived by
   Defendant by their infringement of Plaintiff's copyright or such damages as are proper, and
   since Defendant intentionally infringed Plaintiff's copyright, for the maximum allowable
   statutory damages for each violation;

D.  Awarding Plaintiff actual and/or statutory damages for Defendant's copyright infringement in an amount to be determined at trial;

E.  Awarding Plaintiff his costs, reasonable attorney's fees, and disbursements in this action, pursuant to 17 U.S.C. § 505, 17 U.S.C. § 1203(b)(3), and § 1203(b)(5); and

F.  Awarding Plaintiff such other and further relief as is just and proper.


## JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.


Dated: February 20, 2019

__/s/__David C. Deal_____
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
david@daviddeal.com
*Counsel for Plaintiff*

EXHIBIT 1



EXHIBIT 2



<u>EXHIBIT 3</u>



# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002012774
Search Results: Displaying 1 of 1 entries



***Group Registration Photos, Daniel Foster, published March 29, 2016 to June...***

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002012774 / 2016-06-29 |
| **Application Title:** | Group Registration Photos, Daniel Foster, published March 29, 2016 to June 28, 2016; 176 photos. |
| **Title:** | Group Registration Photos, Daniel Foster, published March 29, 2016 to June 28, 2016; 176 photos. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Daniel Foster. Address: Libauer Str. 8, Berlin, 10245, Germany. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-03-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Daniel Foster; Citizenship: United States. Authorship: photograph. |
| **Contents:** | Architecture Design II; Architecture Design III; Architecture Design I; Transport logistics; Transport logistics II; Berlin Real Estate; Tokyo Street; Office Space II; Office Space; Mountain Valley; Office Chairs; Smiling Man Texting; Smiling Man Texting; Smiling Man Texting III; Smiling Man Texting II; Man Texting; Intellectual Property Rights; Intellectual Property; Intellectual Property II; Business Success II; Business Success; Corporate Office Building; Casa Mila V; Casa Mila IV; Casa Mila III; Casa Mila II; Casa Mila I; Barcelona Homes; Barcelona Street II; Barcelona Home; Barcelona Street; Living Abroad; Palau Güell VI; Palau Güell V; Palau Güell IV; Palau Güell III; Palau Güell II; Palau Güell I; City Building Top; Hiking Trail; Istanbul Water II; Boat on the Bosphorus III; Boat on the Bosphorus II; Boat on the Bosphorus; Ships in Istanbul; Istanbul Water III; Istanbul Water; Istanbul Mosque III; Istanbul Mosque II;. |
|  | Istanbul Mosque I; London Bicycling; Shopping in London; Male Fashion II; Shoreditch Houseboat; Male Fashion II; Male Fashion; Male Fashion II; Gowanus Canal Pollution; Gowanus Canal Waterway; Gowanus Canal View; Gowanus Canal; Millennials; Rooftop; City Living in Brooklyn; Rooftop; Manhattan Bridge; Sidewalk; Brooklyn Bridge Side View; Office Windows; City Streets; New York Homes; New York Fog; New York Fog; New York Fog; City Living in Brooklyn; City Living in Brooklyn; New York Apartments IX; New York Apartments IIX; New York Apartments VII; New York Apartments VI; New York Apartments V; New York Apartments IV; New York Apartments III; New York Apartments II; New |

York Apartments; The Projects; New York Skyline; East River; Banking Industry; Urban Planning; City of Ambition III; City of Ambition II; City of Ambition; New York City Manhattan II; New York City Manhattan; Financial Industry; Summer Dog; Berlin Marzahn; Man Walking up Stairs;.

Allee der Kosmonauten II; Allee der Kosmonauten; Man Wearing Hoodie; Man on Street; Limestone; Jerusalem; Jerusalem II; Jerusalem III; Male Tourist; Urban Male; Time Management; Time Management; Breakfast; Planning II; Breakfast; Dining Room Table; Hispanics for Trump IV; Hispanics for Trump V; Hispanics for Trump; Hispanics for Trump II; Hispanics for Trump III; Winter Dock; Urban fashion; City Streets; Manhattan II; New York Skyscraper; Manhattan; Freedom Tower; Glass Building II; Glass Architecture; New York City II; New York City; Sports Bag; Hispanic Portrait iV; Hispanic Portrait III; Hispanic Portrait III; Hispanic Portrait II; Hispanic Portrait; Latin American Man; Latino Man Standing III; Latino Man Standing II; Latino Man Standing; Hispanic Man V; Hispanic Man IV; Hispanic Man III; Hispanic Man III; Hispanic Man II; City Dweller; Urban Architecture; Urban Youth; Urban Youth II;.

Hispanic Male; New York; Skyscrapers; Commercial Buildings II; Commercial Building; Business Buildings; Business Buildings II; Federal Reserve Bank of New York; American Flag Waving; American Flag; New York Street; Office Windows; Chase Bank; Business Office III; Business Office II; Business Office I; Commercial Real Estate; New York Stock Exchange III; New York Stock Exchange II; Brooklyn Bridge; New York City; Manhattan Bridge; Brooklyn Bridge Cables II; Brooklyn Bridge Cables I; New York Skyline 2016; Man crossing the Brooklyn Bridge;.

**Names:** [Foster, Daniel](#)



**Save, Print and Email (Help Page)**

Select Download Format | Full Record | Format for Print/Save

Enter your email address: | | Email

---

Help | Search | History | Titles | Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXHIBIT 4



EXHIBIT 5

